FILED

JUL 29 PM 2

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA BRAUN,

Plaintiff,

8:11 cv 1691 T 33 TBM

VS.

LT CASE NO.: 11-007520

WAL-MART STORES EAST, LP

Defendant.

_____________________________/

**NOTICE OF REMOVAL**

DEFENDANT, WAL-MART STORES EAST, LP ("WAL-MART"), by and through its undersigned attorney, pursuant to 28 U.S.C. §1446(a) hereby files this Notice of Removal from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, based on diversity jurisdiction as set forth in 28 U.S.C. §1332(a), and in support thereof states:

1. Wal-Mart is a foreign corporation, which for the purposes of diversity jurisdiction under 28 U.S.C. 1332(c)(1) was at the time the above captioned action was filed in State Court a "resident" of Bentonville, Arkansas and remains a resident of Bentonville, Arkansas as of the date of this Notice of Removal.

2. Plaintiff alleges in her Complaint that she is a resident of Florida.

3. Wal-Mart is a foreign corporation whose state of incorporation is Arkansas and who maintains its principle place of business in Bentonville, Arkansas.

4. The Plaintiff seeks money damages for alleged personal injuries that exceed $75,000.00. Wal-Mart specifically denies the Plaintiff's entitlement to said damages.

TPA-65173
$350

5. Copies of all Pleadings filed in the State Court matter to be removed are hereby attached hereto as composite Exhibit "A"

THEREFORE, Wal-Mart respectfully requests the removal of the case entitled Christina L. Braun v. Wal-Mart Stores, East, LP from the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa, Division.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via U.S. Mail to Joseph Bryant, Esq., 201 N Franklin Street, Seventh Floor, Tampa, FL 33602 on July 28, 2011.

**Andrew S. Bolin, Esquire**
Florida Bar No.: 0569097
**Selen N. Demirpolat, Esquire**
Florida Bar No. 0043681
*Beytin, Bolin, McLaughlin & Willers, P.A.*,
Post Office Box 1772
Tampa, Florida 33601-1772
Telephone: (813) 226-3000
Facsimile: (813) 226-3001
Counsel for Defendant, Wal-Mart