IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

CHRISTINA BRAUN,

Plaintiff,

CASE NO.:

-vs-

WAL-MART STORES EAST, LP, a foreign
limited partnership,

Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, CHRISTINA BRAUN, by and through her undersigned attorneys, and sues Defendant, WAL-MART STORES EAST, LP, a foreign limited partnership (hereinafter referred to as WAL-MART), and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material hereto, Plaintiff, CHRISTINA BRAUN, was a resident of Hillsborough County, Florida.

3. At all times material hereto, the Defendant, WAL-MART, was authorized and doing business in Hillsborough County, Florida.

4. At all times material hereto, Defendant, WAL-MART, owned, operated and maintained a store located 1208 E. Highway 60, Brandon, Hillsborough County, Florida, which was used as a store for the purposes of selling miscellaneous items to the general public.

5. On December 14, 2009, the Plaintiff, CHRISTINA BRAUN, went to the WAL-MART store located at the above address to purchase items.



DEFENDANT'S EXHIBIT A

6. On the date and at the place aforesaid, the Defendant, WAL-MART, owed the Plaintiff, CHRISTINA BRAUN, a business visitor upon the premises, the duty to exercise reasonable care for the safety of Plaintiff, CHRISTINA BRAUN.

7. On the date of the incident, WAL-MART, by and through its employees, servants, and/or agents could reasonably anticipate that its mode of operation for ensuring that the floor of the store was not left in a slippery and dangerous condition was not reasonable.

8. On the date and at the place aforesaid, the Defendant, WAL-MART, breached the duty owed to the Plaintiff, CHRISTINA BRAUN, by committing one or more of the following omissions or commissions:

    a. Negligently failed to maintain or adequately maintain the floor space in and around the health and beauty aisle by allowing a wet substance to remain on said floor, for the safety of the Plaintiff, CHRISTINA BRAUN, as she walked across said floor;

    b. Negligently failed to inspect or adequately inspect the floor space in and around the health and beauty aisle, to determine whether the wet substance existed on said floor, for the safety of the Plaintiff, CHRISTINA BRAUN;

    c. Negligently failed to warn or adequately warn the Plaintiff, CHRISTINA BRAUN, of the danger of slipping on the wet substance when she entered the floor space in and around the health and beauty aisle when the Defendant, WAL-MART, knew or should have known of said danger and that the Plaintiff, CHRISTINA BRAUN, was unaware of said danger; and

    d. Negligently failed to correct, or adequately correct the dangerous condition of the wet substance on the floor in and around the health and beauty aisle when said dangerous condition was known to the Defendant, WAL-MART, or had existed for a sufficient length of time so that the Defendant should have known of it.

9. As a direct and proximate cause of the negligence of the Defendant, WAL-MART, as heretofore alleged, the Plaintiff, CHRISTINA BRAUN, slipped on the wet substance, which had been permitted to remain on said floor, and when she fell she sustained injuries and damages as hereinafter alleged.

10. As a direct and proximate result of the negligence of the Defendant, WAL-MART, as heretofore alleged, the Plaintiff, CHRISTINA BRAUN, sustained bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation and/or activation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, CHRISTINA BRAUN, demands judgment against the Defendant, WAL-MART STORES EAST, LP, a foreign limited partnership, in an amount in excess of Fifteen Thousand ($15,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this 25 day of April, 2011.

Joseph R. Bryant, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 561444
Attorney for Plaintiff(s)

/sa