UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA L. BRAUN,

Plaintiff,

CASE NO.: 8:11-CIV-1691-T-33TBM

-vs-

WAL-MART STORES EAST, LP, a foreign
limited partnership,

Defendant.

_____/

### NOTICE OF SETTLEMENT

Plaintiff, Christina L. Braun, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement of this matter and this action may be withdrawn from the four week trial period beginning November 5, 2012.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2012, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Andrew S. Bolin, Esquire
Beytin, McLaughlin, McLaughlin, Bolin & Willers, P.A.
201 N. Franklin Street, Suite 2900
Tampa, FL 33602

/s/ Joseph R. Bryant
Joseph R. Bryant, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 561444
Attorney for Plaintiff