UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA BRAUN,

    Plaintiff,

VS.

    Case No.: 8:11-CV-01691
    LT Case No.: 11-007520

WAL-MART STORES EAST, LP

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between Plaintiff, Christina Braun, and Defendant, WAL-MART STORES EAST, LP, having been made, it is:

STIPULATED AND AGREED by and between the above-referenced parties that this cause may be dismissed with prejudice as to Defendant, WAL-MART STORES EAST, LP, each party to bear its own attorney's fees and costs. All liens and subrogated interests, if any, are to be paid by the Plaintiff out of the proceeds of this settlement.

Dated this ____ day of _10_____, 2012.

| | |
|---|---|
| Andrew S. Bolin, Esquire | Joseph R. Bryan, Esquire |
| Florida Bar No. 0569097 | Florida Bar No. 561444 |
| David E. Weber | Morgan & Morgan, P.A. |
| Florida Bar No. 0057890 | 201 N. Franklin Street |
| Beytin, McLaughlin, McLaughlin, Bolin & Willers | 7th Floor |
| Post Office Box 1772 | Tampa, Florida 33602 |
| Tampa, Florida 33601-1772 | Telephone: (913) 223-5505 |
| Telephone: (813) 226-3000 | Counsel for Plaintiff |
| Counsel for Defendant | |